```
                        _____ FILED    _____ LODGED
                                        _____ RECEIVED

                        NOV 20 2014

                        CLERK U.S. DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON AT TACOMA
                     BY                                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   vs.<br><br>ELAINE GIBNEY,<br><br>      Defendant/Judgment Debtor,<br><br>   and<br><br>COMCAST,<br><br>           Garnishee. | NO. MC14-5029 BHS<br><br>(3:13-CR-5568-2)<br><br><br>ORDER TO ISSUE A WRIT OF<br>CONTINUING GARNISHMENT<br>FOR WAGES |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment for Wages due and owing to the Defendant/Judgment Debtor, Elaine Gibney, from Comcast, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Comcast, whose address is Comcast, Att: Wage Garnishment Solution Center, 1701 John F. Kennedy Blvd., 47th Floor, Philadelphia, PA 19103.

///



14-MC-05029-ORD

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

DATED this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
KERRY J. KEEFE, WSBA #17204
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: kerry.keefe@usdoj.gov

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT FOR WAGES