1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9

10

11

12

UNITED STATES OF AMERICA,

              Plaintiff,

    v.

ELAINE GIBNEY,

              Defendant.

CASE NO. C14-5969 BHS
          C14-5970BHS

ORDER DENYING MOTIONS
FOR APPOINTMENT OF
COUNSEL

13

14      This matter comes before the Court on Defendant Elaine Gibney's ("Gibney")

15  motions for a court appointed counsel (C14-5969, Dkt. 11 & C14-5970, Dkt. 10).

16      On December 30, 2014, Gibney filed the instant motions requesting that the court

17  appoint her counsel in these forfeiture proceedings because she is unable to afford

18  counsel. *Id*. Although a court, under 28 U.S.C. § 1915(e), can request counsel to

19  represent a party, the court may do so only in exceptional circumstances. *Rand v.*

20  *Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997). A finding of exceptional circumstances

21  requires an evaluation of both the likelihood of success on the merits and the ability of

22

ORDER - 1

1  the party to articulate her claims *pro se* in light of the complexity of the legal issues

2  involved.  *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986).

3       In this case, the Court is unable to conclude that exceptional circumstances exist to

4  appoint counsel to represent Gibney.  In her letter, Gibney states that her claims and/or

5  defenses are more equitable in nature rather than being legal in nature.  She asserts that

6  the funds that the Government is attempting to seize are essential sources of income and

7  that she is diligently striving to make her restitution payments.  These are not complex

8  claims and Gibney has filed detailed financial documents for the Court's consideration.

9  Therefore, the Court **DENIES** Gibney's motions for appointment of counsel.

10       **IT IS SO ORDERED.**

11       Dated this 3rd day of February, 2015.

12

13

                            BENJAMIN H. SETTLE

14                              United States District Judge

15

16

17

18

19

20

21

22

ORDER - 2